

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**SAMUEL G. DOBRE**
sdobre@bsk.com
P: 646.253.2320
F: 646.253.2377

August 4, 2020

**VIA ELECTRONIC CASE FILING**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

       Re:    *Irizarry v. Long Island University*
              *Civil Action No. 7: 20-cv-03160*

Dear Judge Halpern:

Please be advised that we represent Defendant Long Island University in the above-captioned action. It has been stipulated by and between the Parties that Defendant's time to answer, or otherwise respond to, Plaintiff's Complaint is extended from August 6, 2020, up to and including, August 27, 2020. The Court may wish to note that this is Defendant's second request to extend time to respond to Plaintiff's Complaint.

If this meets with Your Honor's approval, the Parties respectfully request you please "So Order" where indicated below.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC             **SO ORDERED**

*/s/ Samuel D. Dobre*

                                                                                                          _____
                                                                                                         Hon. Philip M. Halpern

Samuel G. Dobre

cc:    Sarah Westcot, Esq.
        Bursor & Fisher, P.A.
        888 Seventh Ave.,
        New York, NY 10019

174889.1 8/4/20209